1  JILL WILLIAMS – State Bar No. 221793
   EMILY SUHR – State Bar No. 306658
2  CARPENTER, ROTHANS & DUMONT
   500 S. Grand Avenue, 19th Floor
3  Los Angeles, CA  90071
   (213) 228-0400 / (213) 228-0401 (fax)
4  jwilliams@crdlaw.com / esuhr@crdlaw.com

5  Attorneys for Defendant County of Los Angeles and Deputy David Navarrete

6
   COLLINSON, DAEHNKE, INLOW & GRECO
7  Laura E. Inlow, SBN 130584
   Email: laura.inlow@cdiglaw.com
8  21515 Hawthorne Blvd., Suite 800
9  Torrance, CA 90503
   Telephone: (424) 212-7777/Facsimile: (424) 212-7757
10

11 Attorneys for Defendants Edgar Cuevas and Edwin Barajas

12

13                 **UNITED STATES DISTRICT COURT**

14                 **CENTRAL DISTRICT OF CALIFORNIA**

15

16 DALVIN PRICE, an individual          )  Case No.: 2:21-cv-02862-FMO-AGR
                                        )  Honorable Fernando M. Olguin
17              Plaintiff,              )
                                        )
18        vs.                           )  **STIPULATION FOR DISMISSAL**
                                        )  **PURSUANT TO FRCP RULE**
19 COUNTY OF LOS ANGELES, et al,        )  **41(a)(1)(A)(ii)**
                                        )
20              Defendants.             )
                                        )
21 ─────────────────────────────────    )

22

23

24

25        Plaintiff Dalvin Price and Defendants County of Los Angeles, David

26 Navarrete, Edgar Cuevas, and Edwin Barajas, all parties who have appeared in this

27 action, by and through their respective attorneys of record, hereby stipulate

28 pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) that this entire

                                    - 1 -

1   action against all defendants, served or unserved, be dismissed in its entirety with

2   prejudice.

3

4   IT IS SO STIPULATED.

5

6   DATED: July 26, 2022          CARPENTER, ROTHANS & DUMONT

7
                                  By:   /s/ Emily Suhr[1]
8                                       JILL WILLIAMS
9                                       EMILY SUHR
                                        Attorneys for DefendantS County of Los
10                                      Angeles and David Navarrete

11

12  DATED: July 26, 2022          COLLINSON, DAEHNKE, INLOW & GRECO

13
                                  By:   /s/ Laura E. Inlow
14                                      LAURA E. INLOW
15                                      LENORE C. KELLY
                                        Attorneys for Defendants Edgar Cuevas and
16                                      Edwin Barajas

17

18  DATED: July 26, 2022          THE THOMAS FIRM

19
                                  By:   /s/ Emanuel Thomas
20                                      EMANUEL THOMAS
21                                      MARIA GONZALEZ
                                        Attorney for Plaintiff Dalvin Price
22

23

24

25

26  _____

27  [1] As the filer of this Stipulation, I attest that Emanuel Thomas and Laura Inlow

28  concur in the content of the Stipulation and have authorized its filing.

STIPULATION FOR DISMISSAL