JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALVIN PRICE, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, et al,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-02862-FMO-AGR<br><br>**ORDER GRANTING STIPULATION TO DISMISS** |

IT IS HEREBY ORDERED that, pursuant to stipulation of the parties and Federal Rule of Civil Procedure 41(a), this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: July 27, 2022

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Honorable Fernando M. Olguin
　　　　　　　　　　　　　　　　United States District Judge

-1-

ORDER